IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 20-00181-02-CR-W-HFS |
| BRUCE ALEXANDER, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**: On August 25, 2020, the grand jury charged Defendant Bruce Alexander with one count of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846; and one count of possession with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Doc. 1. The indictment also seeks forfeiture of all property derived from proceeds obtained, directly or indirectly, as a result of the charges alleged in the indictment. *Id*. at 2.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Byron Black
        Government Case Agent(s): Special Agent Greg Primm

    Defendant: Mark Hammer and Matthew Wayman

**OUTSTANDING MOTIONS**:
    NONE

**TRIAL WITNESSES**:
    Government: 7 witnesses

    Defendant: 1 witness

**TRIAL EXHIBITS:**
    Government: 35 trial exhibits
    Defendant: Less than 5 trial exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:** Two days total.

**STIPULATIONS**: The Government and Defendant have indicated they will discuss possible stipulations.

**UNUSUAL QUESTIONS OF LAW:** None at this time.

**FILING DEADLINES:**
    **Witness and Exhibit Lists:** Due on or before November 22, 2021

        PLEASE NOTE: Counsel and Defendant are requested to list witnesses in alphabetical order on their witness list.

    **Rule 16 Expert Notice:** Due on November 6, 2021.

    **Stipulations:** Due on or before November 22, 2021.

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions:** Due Monday, November 29, 2021.

        PLEASE NOTE: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Due on or before November 22, 2021.

**TRIAL SETTING**: Criminal jury trial docket set for December 6, 2021.

    **PLEASE NOTE:** Counsel for the Government requested a first week setting as he will be out of town during the second week. Defense counsel had no objection to a first week setting.

**IT IS SO ORDERED.**

DATE: November 10, 2021                  */s/ W. Brian Gaddy*
                                                    W. BRIAN GADDY
                                                    UNITED STATES MAGISTRATE JUDGE